UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESTATE OF RUSSELL FROST, et al.,

                Plaintiffs,

-against-

KUWAIT FINANCE HOUSE, et al.,

                Defendants.

23-cv-9453 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of Court is respectfully directed to unseal the above-captioned case.  The Clerk of Court further shall restrict the viewing access of the documents already filed in this case and all documents that will hereafter be filed in this case to parties and Court personnel only.

**SO ORDERED.**

Dated:    January 22, 2024
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge