UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESTATE OF RUSSELL FROST, et al.,

                Plaintiffs,

    v.

KUWAIT FINANCE HOUSE, et al.,

                Defendants.

Case No. 23-cv-9453 (LAP)

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Alexander Bedrosyan, an attorney with the firm Lewis Baach Kaufmann Middlemiss PLLC, who is admitted to practice before this Court, hereby appears as counsel in the above-captioned matter for the Defendants Kuwait Finance House and Kuveyt Türk Katilim Bankasi A.S.

Dated: New York, New York
        June 9, 2025

Respectfully submitted,

/s/ Alexander Bedrosyan
Alexander Bedrosyan, Esq.
**LEWIS BAACH KAUFMANN MIDDLEMISS PLLC**
1050 K Street, NW Suite 400
Washington, DC 20001
Tel: (202) 833-8900
E-mail: Alexander.Bedrosyan@lbkmlaw.com

*Attorney for Defendants*
Kuwait Finance House and Kuveyt Türk Katilim Bankasi A.S.