UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF RUSSELL FROST, et al., Plaintiffs, -against- KUWAIT FINANCE HOUSE, et al., Defendants. | 23-cv-9453 (LAP) ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Because the sensitive information contained in counsel's October 30, 2026, letter might well endanger lives, the unredacted letter will be maintained under seal in chambers.

**SO ORDERED.**

Dated: November 2, 2026
New York, New York

**SO ORDERED.**

Loretta A. Preska, U.S.D.J.