UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTATE OF RUSSELL FROST, et al.,

Plaintiffs,

-against-

KUWAIT FINANCE HOUSE, et al.,

Defendants.

23-cv-9453 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The redacted version of counsel's October 30, 2026, letter shall be accepted for filing under seal. As set forth in the Court's order dated November 2, 2026 (dkt. no. 356), the unredacted version will continue to be maintained under seal in chambers.

**SO ORDERED.**

Dated: November 11, 2026
New York, New York

**SO ORDERED.**

Loretta A. Preska

Loretta A. Preska, U.S.D.J.